Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  18−14810−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Derick O. Siebs
   90 Pine Grove Terrace
   Newark, NJ 07106

Social Security No.:
   xxx−xx−8320

Employer's Tax I.D. No.:

**FINAL DECREE**

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 24, 2019</u>        <u>Rosemary Gambardella</u>
                                       Judge, United States Bankruptcy Court